UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/25/2022
```

JOANNA SOLANO,

                  Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

                  Defendant.

1:21-cv-06156-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The parties failed to submit a joint letter and proposed Case Management Plan one week in advance of the Initial Pretrial Conference in this case, as required by the Court's Individual Rules and the Court's Order dated October 8, 2021 [ECF No. 7].

Accordingly, the telephonic IPTC that was previously scheduled to take place on January 27, 2022 is ADJOURNED to February 17, 2022 at 12:30 p.m.  The joint letter and proposed CMP are due February 10, 2022.

Counsel are directed to commence discovery, including but not limited to the exchange of initial disclosures, as set forth in Federal Rule of Civil Procedure 26.

Counsel and the parties are on notice that future failures to comply with the Court's Rules and orders may result in sanctions.

**SO ORDERED.**

**Date:  January 25, 2022**
        **New York, NY**

                                          */s/ Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**