420 Lexington Avenue  
New York, NY 10170  
www.mta.info

Catherine A. Rinaldi  
President

**MEMO ENDORSED**


Metro-North Railroad

> **SO ORDERED:**
>
> Application GRANTED. The May 24, 2022 conference is rescheduled to **May 31, 2022 at 3:00 p.m.**
>
> _____
>
> **Ona T. Wang**                    5/11/22  
> United States Magistrate Judge

May 5, 2022

Honorable Magistrate Judge Ona T. Wang  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re:   **Joanne Solano v. Metro-North Railroad**  
       **File No.: 21 Civ. 6156 (OTW)**  
       **Joint Request for Adjournment of Conference Scheduled for May 24, 2022**

Dear Honorable Magistrate Judge Wang:

We represent the Defendant, Metro-North Commuter Railroad in the above captioned matter.

First both parties apologize for re-submitting another letter requesting an adjournment of the Initial conference that is currently scheduled for May 24, 2022 at 10 a.m. In a prior letter, ECF 19, forwarded by Plaintiff's attorney, parties mistakenly provided your Honor with mistaken dates for available alternate conference dates. As such, the Court scheduled the conference date for May 24, 2022, which is a date that this office and myself is not available to appear for the conference. On May 24, 2022, I am scheduled to appear before Magistrate Parker for a settlement conference in the matter of Ruffler v. Metro-North, File No.: 20-cv-10618-MKV.

As such, both parties request that if the Court is amenable and is available, the Court schedule an initial conference on any of the following available dates: May 12, 31 or June 2 of 2022.

Both parties will appreciate it if this request is granted. Thank you for your continued courtesies in this matter.

Respectfully yours,

Alan Muraidekh (AM-6140)

cc: Philip J. Dinhofer, Esq. (Via ECF)