**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOANNA SOLANO,

               Plaintiff,                                       21-CV-6156 (OTW)

               -against-                                 **ORDER**

METRO-NORTH COMMUTER RAILROAD,

               Defendant.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' time to restore this case to the active docket is hereby **EXTENDED** until **Monday, October 28, 2024.** The trial date of December 3, 2024, remains in place unless and until the case is finally closed.

**SO ORDERED.**

                                                                       *s/ Ona T. Wang*

Dated: October 21, 2024                                   **Ona T. Wang**
        New York, New York                     United States Magistrate Judge